Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Miesha Nicole SMITH |
| **Docket Number:** | 1:05CR00448-001 OWW |
| **Offender Address:** | Bakersfield, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 05/26/2006 |
| **Original Offense:** | 18 USC 1343 and 2 - Wire Fraud and Aiding and Abetting<br>(CLASS C FELONY) |
| **Original Sentence:** | 36 months probation; $100 special assessment; $1,565 restitution; mandatory drug testing |
| **Special Conditions:** | Search; Provide probation officer with requested financial information; Not incur new credit charges or open additional lines of credit without probation officer approval; DAPS; Urine testing; Mental health treatment; 3 months home confinement; Co-payments for treatment up to $25; Cooperate in collection of DNA |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 05/26/2006 |
| **Assistant U.S. Attorney:** | Stanley A. Boone     **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Michael W. Berdinella     **Telephone:** (559) 436-8000 |

**RE:   Miesha Nicole SMITH**
       **Docket Number:  1:05CR00448-001**
       **PETITION TO MODIFY THE CONDITIONS OR TERM**
       **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**Other Court Action:**

| | |
|---|---|
| <u>07/26/2006</u>: | Court notified regarding probationer's use of cocaine. Court approved that no further action be taken at this time. |
| <u>10/18/2006</u>: | Court approved a modification to place Ms. Smith in the community corrections center for a period not to exceed 120 days. |
| <u>02/25/2008</u>: | Court notified regarding probationer's use of cocaine. Court approved probation officer's plan to increase testing. |
| <u>07/01/2008</u>: | Court issued a Warrant for the probationer due to her leaving the Turning Point, CCC, on June 25, 2008, and not returning. |

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. The defendant shall reside and participate in a residential community corrections center, Turning Point for a period up to 120 days; said placement shall commence as directed by the probation officer pursuant to 18 USC 3563(b) (11).  The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:**   On June 25, 2008, the probationer, left the Turning Point community corrections center with a pass to report to the Mary K. Shell Mental Health Facility for counseling.  The probationer failed to return to the community corrections center as directed and here whereabouts were unknown until July 15, 2008.  On July 15, 2008, the probationer informed the undersigned, by telephone, that she was residing at Crestwood Behavioral Health Center located in Bakersfield, California.  The probation officer contacted the facility and confirmed that Ms. Smith was transported to the facility on July

**RE:    Miesha Nicole SMITH**
**Docket Number:  1:05CR00448-001**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

11, 2008, from the county hospital.  Ms. Smith is having her mental health medication stabilized and can remain in the program up to 14 days.  The probation officer will recommend a return to the residential community corrections center located in Bakersfield, California.  Ms. Smith is in agreement with this recommendation as supported by her signature on the Probation Form 49.  Hopefully, once Ms. Smith is stabilized on medication, she will be able to successfully complete her placement within the community corrections center.  Additionally, it is recommended the Court recall the Supervised Release Warrant ordered on July 1, 2008.

Respectfully submitted,

/s/ Thomas A. Burgess

**THOMAS A. BURGESS**
**Supervising United States Probation Officer**
Telephone:  (661) 861-4292

**DATED:**    July 15, 2008
             Bakersfield, California
             TAB:dk

**RE:   Miesha Nicole SMITH**
**Docket Number:  1:05CR00448-001**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( X )   Modification approved as recommended.  The Court rescinds and recalls the Probation Form 12C - Violation Petition dated June 30, 2008, and the Warrant ordered on July 1, 2008.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

IT IS SO ORDERED.

**Dated:   July 15, 2008**                         /s/ Oliver W. Wanger
                                                UNITED STATES DISTRICT JUDGE

4

Rev. 10/2007
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG